COMMONWEALTH *vs.* McPHERSON.

Essex.   November 7, 1888. — November 13, 1888.

Present: MORTON, C. J., FIELD, DEVENS, C. ALLEN, & KNOWLTON, JJ.

*Appeal in Criminal Case to Superior Court — Time of Transmitting Certified Copies.*

The certified copies to be sent, under the Pub. Sts. c. 154, § 39, and c. 155, § 60, to the Superior Court, on an appeal in a criminal case, by a trial justice or by a police or district court, may be filed at any time during the term then next to be held in the county, and before the trial.

COMPLAINT to the Police Court of Lynn, for keeping and maintaining a common nuisance, to wit, a tenement in Lynn, used for the illegal sale and illegal keeping of intoxicating liquors, from January 1, 1887, to September 27, 1887.

The record showed that the defendant was arrested and brought before that court, and pleaded not guilty; that he was adjudged guilty and sentenced on October 29, 1887; from which sentence he appealed " to the Superior Court next to be holden for criminal business at Salem, in said county of Essex, on the fourth Monday of January next," and was ordered to recognize to appear and prosecute his appeal.

In the Superior Court a general appearance was entered on behalf of the defendant, and the case was put upon the trial list; but before the jury was impanelled, the defendant moved to dismiss the complaint, on the ground that the copies of the conviction, and of the other proceedings in the police court, together with the recognizance entered into by the defendant, were not entered in the Superior Court on said fourth Monday of January, which was January 23, 1888; that such copies were not transmitted to the clerk of that court until January 27, 1888; and that the complaint was improperly upon the trial list. *Bacon*, J., overruled the motion.

The defendant was then tried, and the jury returned a verdict of guilty; and the defendant alleged exceptions.

*J. H. Sisk*, for the defendant.

*H. C. Bliss*, Assistant Attorney General, for the Commonwealth.

MORTON, C. J.    The statute prescribes no time within which the certified copies of the conviction, and other proceedings in a criminal case, shall be transmitted to the clerk of the Superior Court by the trial justice or the police or district court from whose judgment an appeal is taken. Pub. Sts. c. 154, § 39. Pub. Sts. c. 155, § 60. It is sufficient if they are produced in the Superior Court at any time during the term then next to be held in the county, and before the defendant is called upon to plead. *Commonwealth* v. *Magoun*, 14 Gray, 398. *Commonwealth* v. *Wiggin*, 111 Mass. 428.

*Exceptions overruled.*